**No. 10-9170. Maurice A. Styles, Petitioner v. John A. Palakovich, Superintendent, State Correctional Institution at Camp Hill, et al.**

563 U.S. 924, 131 S. Ct. 1828, 179 L. Ed. 2d 785, 2011 U.S. LEXIS 2697.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9208. Wardell R. Brown, Petitioner v. United States.**

563 U.S. 924, 131 S. Ct. 1829, 179 L. Ed. 2d 785, 2011 U.S. LEXIS 2802.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 398 Fed. Appx. 915.

**No. 10-9220. Christopher Simmons, aka Chris Simmons, Petitioner v. United States.**

563 U.S. 924, 131 S. Ct. 1829, 179 L. Ed. 2d 785, 2011 U.S. LEXIS 2792.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 400 Fed. Appx. 848.

**No. 10-9221. Terrance D. Stradford, aka Wayne Sellers, aka Doug Stradford, Petitioner v. United States.**

563 U.S. 924, 131 S. Ct. 1829, 179 L. Ed. 2d 785, 2011 U.S. LEXIS 2651,

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 394 Fed. Appx. 923.

**No. 10-9223. Sharonda L. Miller, Petitioner v. Illinois.**

563 U.S. 924, 131 S. Ct. 1829, 179 L. Ed. 2d 785, 2011 U.S. LEXIS 2727.

April 4, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Fifth District, denied.

**No. 10-9225. Paul R. Bumstead, Petitioner v. United States.**

563 U.S. 925, 131 S. Ct. 1829, 179 L. Ed. 2d 785, 2011 U.S. LEXIS 2787.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-9227. Craig Jones, Petitioner v. United States.**

563 U.S. 925, 131 S. Ct. 1830, 179 L. Ed. 2d 785, 2011 U.S. LEXIS 2621.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 406 Fed. Appx. 878.